UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY HANDY,

                Plaintiff,

-against-

CITY OF NEW YORK; CORRECTIONAL OFFICER DAVID ALVARADO, SHIELD # 11798,

                Defendants.

19-CV-3885 (VEC) (OTW)

ORDER OF SERVICE

**Ona T. Wang, United States Magistrate Judge:**

Plaintiff, currently incarcerated at Clinton Correctional Facility, is proceeding *pro se* and *in forma pauperis.* He filed this action under 42 U.S.C. § 1983, regarding an incident occurring on October 10, 2017, while he was in the custody of the New York City Department of Corrections (Vernon C. Bain Center). On September 16, 2019, Plaintiff filed an amended complaint that added as a defendant Correctional Officer David Alvarado, Shield # 11798.

**A.     Service on C.O Alvarado, Shield #11798**

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that C.O. Alvarado waive service of summons.[1]

**B.     Local Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil

---

[1] The City of New York previously waived service.

Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of this order, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

**CONCLUSION**

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order.

The Clerk of Court is further directed to mail a copy of this order to Plaintiff and note service on the docket.

**SO ORDERED.**

Dated: January 14, 2020
         New York, New York

_____
ONA T. WANG
United States Magistrate Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.