```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY HANDY,                                              :
                                                            :
                        Plaintiff,                          :       19-CV-3885 (MKV) (OTW)
                                                            :
                -against-                                   :
                                                            :       **ORDER**
CITY OF NEW YORK, et al.,                                   :
                                                            :
                        Defendants.                         :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the directions given during the status conference held on July 8, 2020, Defendant is directed to ensure Plaintiff receives and is able to view the discovery materials discussed during the conference. A status letter is due by July 22, 2020.

**SO ORDERED.**

                                                                                                                          _s/  Ona T. Wang_

Dated: July 15, 2020                                         **Ona T. Wang**
       New York, New York                     United States Magistrate Judge