UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEFFREY HANDY,

                Plaintiff,      **ORDER**

       -against-

                                    18 Civ. 3885 (MKV) (OTW)

THE CITY OF NEW YORK and
CORRECTIONAL OFFICER DAVID
ALVARADO,

                Defendants.


------------------------------------------------------------X

**Honorable Ona T. Wang, United States Magistrate Judge**

      Upon the application of the defendants for leave to take the deposition of plaintiff Jeffrey Handy, an inmate, and the Court having granted leave for the taking of plaintiff Jeffrey Handy's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED** that the Warden or other official in charge of Eastern NY Correctional Facility, located in Napanoch, New York, produce inmate Jeffrey Handy, DIN 18-A-0125, within the facility for the taking of his deposition by video conference on **October 19, 2020, commencing at 10:00 a.m.**, and for so long thereafter as the deposition continues;

      **IT IS FURTHER ORDERED** that Plaintiff Jeffrey Handy appear in such place as designated by the Warden or other official in charge of Eastern NY Correctional Facility so that his deposition may be taken; and

      **IT IS FURTHER ORDERED** that also present at the deposition will be a court reporter to be designated by defendants as well as the attorney for defendants.

Dated: 10/7/20
New York, New York

SO ORDERED,

_____
HON. ONA T. WANG
UNITED STATES MAGISTRATE JUDGE

2