UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JEFFREY HANDY,

               Plaintiff,

             -against-

CITY OF NEW YORK, et al.,

             Defendants.

------------------------------------------------------------x

No. 19-CV-3885 (VEC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Defendants status letter at ECF 52. By November 13, 2020, Defendants are directed to meet and confer with Plaintiff and submit a joint proposed briefing schedule for Defendants' motion for summary judgment. The Clerk is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: November 4, 2020
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge