**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

JEFFREY HANDY,                                                :
                                                             :
                    Plaintiff,                               :          19-CV-3885 (MKV) (OTW)
                                                             :
                    -against-                                :          **ORDER**
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                    Defendants.                              :
                                                             :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Defendants are directed to mail the following documents to Plaintiff by trackable means: ECF 55, 57, 58, 59, 60, 61, 62, 63, 64, and this order. They are further directed to file proof of delivery on the docket upon receipt by the Plaintiff. Plaintiff's deadline to respond to Defendant's motion for summary judgment is extended *nunc pro tunc* to **March 31, 2021**. Failure to respond by March 31, 2021 may result in the Court considering Defendants' motion unopposed. Defendants' deadline to reply is extended to **April 14, 2021**.

The Clerk is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: January 28, 2021                              ___*s/ Ona T. Wang*_____
       New York, New York                            **Ona T. Wang**
                                                     United States Magistrate Judge