**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JEFFREY HANDY,

                Plaintiff,                        19 **CIVIL** 3885 (MKV)(OTW)

    -against-                                     **JUDGMENT**

CITY OF NEW YORK and CORRECTIONAL
OFFICER DAVID ALVARADO,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2021, the Court finds that the reasoning and conclusions of Magistrate Judge Wang's Report and Recommendation are sound and well-reasoned, and therefore the Court has adopted them. Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2021

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                 **Clerk of Court**
                            **BY:**    K. Mango
                                                  _____
                                                 **Deputy Clerk**